UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANELLE LIN SENFT
        Debtor(s)
JACK N. ZAHAROPOULOS          CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant
vs.          CASE NO: 1-21-01195-HWV
JANELLE LIN SENFT
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on June 28, 2021.

2. A hearing was held and an Order was entered on August 25, 2021 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

        Respectfully submitted,

        s/ James K. Jones, Esq.
        Id: 39031
        Attorney for Trustee
        Jack N. Zaharopoulos
        Standing Chapter 13 Trustee
        Ste. A, 8125 Adams Drive
        Hummelstown, PA 17036
        Ph. 717-566-6097
        Fax. 717-566-8313
        email: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: JANELLE LIN SENFT

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-21-01195-HWV

Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: December 22, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Respectfully Submitted,

/s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
email: jjones@pamd13trustee.com

Dated: November 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANELLE LIN SENFT

                       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE         CHAPTER 13
                       Movant

JANELLE LIN SENFT

                                       CASE NO: 1-21-01195-HWV

                       Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

E. HALEY ROHRBAUGH                 Served electronically
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA 17401-

United States Trustee                          Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

JANELLE LIN SENFT                       Served by 1st Class Mail
665 GREENSPRINGS ROAD
YORK, PA 17404

I certify under penalty of perjury that the foregoing is true and correct.

                                             Respectfully Submitted,

                                             /s/ Vickie Williams
                                             for Jack N. Zaharopoulos, Trustee
                                             Suite A, 8125 Adams Dr.
                                             Hummelstown, PA 17036
                                             Phone: (717) 566-6097
                                             email: info@pamd13trustee.com

Date: November 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANELLE LIN SENFT

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CHAPTER 13

JANELLE LIN SENFT

CASE NO: 1-21-01195-HWV

Respondent(s)

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.