UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JANELLE LIN SENFT : CHAPTER 13
      Debtor(s) :
 :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
      Movant :
 :
      vs. :
 :
JANELLE LIN SENFT :
      Respondent(s) : CASE NO. 1-21-bk-01195

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 17th day of December, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J and assets on Schedule B.

2. The Trustee avers that debtor's plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid – 100% (General unsecured claims total $9,613.99.)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

                        Respectfully submitted:

                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

          BY:     /s/James K. Jones
                        Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 17th day of December, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

E. Haley Rohrbaugh, Esquire
135 North George Street
York, PA  17401

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee