# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JANELLE LIN SENFT                                       Case No.: 1-21-01195-HWV
                                                        Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
| --- | --- |
| Creditor Name: | NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | Green Spring Rd - PRE-ARREARS - 9273 |
| Property Address if applicable: | 665 GREENSPRINGS ROAD, , YORK, PA17404 |

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
| --- | --- | --- |
| a. | Allowed prepetition arrearages: | $782.27 |
| b. | Prepetition arrearages paid by the Trustee: | $782.27 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $782.27 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**              **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: April 21, 2022

Respectfully submitted,


/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVI
Court Claim Number:  01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 2011812 | 04/12/2022 | $782.27 | $0.00 | $782.27 |

Re:

JANELLE LIN SENFT                                    Case No.: 1-21-01195-HWV
                                                     Chapter 13
                    Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on April 21, 2022, I served a copy of this
Notice of Final Cure and History of Payments made on the following parties by 1st Class mail,
from Hummelstown, PA unless served electronically.

E. HALEY ROHRBAUGH                                   SERVED ELECTRONICALLY
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK PA,   17401-


NEW REZ LLC                                          SERVED BY 1ST CLASS MAIL
DBA SHELLPOINT MTG SERVICING
PO BOX 10826
GREENVILLE, SC,   29603-0826


JANELLE LIN SENFT                                    SERVED BY 1ST CLASS MAIL
665 GREENSPRINGS ROAD
YORK, PA  17404


I certify under penalty of perjury that the foregoing is true and correct.


Date: April 21, 2022                    /s/   Liz Joyce
                                        for Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  info@pamd13trustee.com